IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER,<br><br>    Plaintiff,<br><br>  v.<br><br>KLEIN FOODS INC,<br><br>    Defendant.<br>_____/ | No. C 11-02921 CW<br><br>ORDER RE: COURT CONNECTED MEDIATION |

    The Court at the recommendation of ADR unit refers this case to court-connected mediation.  Mediation shall occur within 90 days from the date of this order.

Dated: 9/27/2011

                           CLAUDIA WILKEN
                           United States District Judge