Jack Silver, Esq., SBN 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
lhm28843@sbcglobal.net

David Weinsoff, Esq., SBN 141375
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762
Weinsoff@ix.netcom.com

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Willard A. Carle III, Esq., SBN 95703
Carle Mackie Power & Ross LLP
100 B Street, Suite 400
Santa Rosa, CA 95401
Tel. (707) 526-4200
Fax. (707) 526-4707
bcarle@cmprlaw.com

Attorneys for Defendant
KLEIN FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>KLEIN FOODS, INC., dba KLEIN FAMILY VINTNERS dba RODNEY STRONG VINEYARDS, and DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: 4:11-cv-02921-CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER [FRCP 41(a)(1)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendant KLEIN FOODS, INC. by and through their respective counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

DATED: 1/10/12

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: 12/22/11

WILLARD A. CARLE III
Attorney for Defendant
KLEIN FOODS, INC.

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 1/12/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE